IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| CERTAIN PLAINTIFFS | : : | |
| v. | : : | Transferor District Court Western District of Pennsylvania |
| CERTAIN DEFENDANTS | : : : | |

**FILED**
OCT 27 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

O R D E R

AND NOW, this **22nd** day of **October 2009**, it is hereby ORDERED that all defendants in the cases listed in Exhibit "A", attached, are dismissed without prejudice for lack of prosecution.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

## Exhibit "A"

| Case Number | Plaintiff |
| --- | --- |
| 2:07-cv-63029-ER | SARAH BURDETTE |
| 2:07-cv-63030-ER | JOHN ZABOROWSKI |
| 2:07-cv-63031-ER | FRANCES KIKSTADT |
| 2:07-cv-63031-ER | ROLAND KIKSTADT |
| 2:07-cv-63032-ER | JOSEPH PONCHAK |
| 2:07-cv-63033-ER | FRANCESCO FIORETTI |
| 2:07-cv-63033-ER | ALDESIA FIORETTI |
| 2:07-cv-63034-ER | MARGARET BOLMANSKI |
| 2:07-cv-63034-ER | STANLEY BOLMANSKI |
| 2:07-cv-63035-ER | ARTHUR CIOTOLI |
| 2:07-cv-63035-ER | BARBARA CIOTOLI |
| 2:07-cv-63036-ER | MAXINE LUPO |
| 2:07-cv-63036-ER | SILVESTRO LUPO |
| 2:07-cv-63037-ER | DAVID GRANDALSKI |
| 2:07-cv-63037-ER | KATHRYN GRANDALSKI |
| 2:07-cv-63038-ER | ORVILLE ALLEN |
| 2:07-cv-63039-ER | JOYCE O'BAKER |
| 2:07-cv-63039-ER | EVAN O'BAKER |
| 2:07-cv-63040-ER | WILLIAM COONEY |
| 2:07-cv-63040-ER | MARY COONEY |
| 2:07-cv-63041-ER | JAMES SPANGLER |
| 2:07-cv-63041-ER | MAABEL SPANGLER |
| 2:07-cv-63042-ER | SHELLY TERRIZZI |
| 2:07-cv-63042-ER | JAMES TERRIZZI |
| 2:07-cv-63043-ER | THOMAS KINDLE |
| 2:07-cv-63043-ER | DARLENE KINDLE |
| 2:07-cv-63044-ER | CHARLES SHELDON |
| 2:07-cv-63044-ER | CAROL SHELDON |
| 2:07-cv-63045-ER | DONALD SHOLTIS |
| 2:07-cv-63045-ER | JOYCE SHOLTIS |
| 2:07-cv-63046-ER | IRMA DUNSTON |
| 2:07-cv-63046-ER | CLARENCE DUNSTON |
| 2:07-cv-63047-ER | RICHARD MCLEOD |
| 2:07-cv-63047-ER | PAT MCLEOD |
| 2:07-cv-63048-ER | HELEN KARR |
| 2:07-cv-63048-ER | JOHN KARR |
| 2:07-cv-63049-ER | ALBERTA FILIPOWICZ |
| 2:07-cv-63049-ER | EDWIN FILIPOWICZ |
| 2:07-cv-63050-ER | PEG WIERBINSKI |
| 2:07-cv-63050-ER | JAMES WIERBINSKI |
| 2:07-cv-63051-ER | RICHARD DOMBROWSKI |
| 2:07-cv-63051-ER | LOUISE DOMBROWSKI |
| 2:07-cv-63052-ER | SHIRLEY MIACZYNSKI |
| 2:07-cv-63052-ER | JOSEPH MIACYNSKI |
| 2:07-cv-63053-ER | THERESA FEICK |
| 2:07-cv-63053-ER | ANDREW FEICK |
| 2:07-cv-63054-ER | JOHN KEISTER |
| 2:07-cv-63055-ER | BARBARA TACCONE |

| Case Number | Name |
|---|---|
| 2:07-cv-63055-ER | ANTHONY TACCONE |
| 2:07-cv-63056-ER | BARBARA WNUKOWSKI |
| 2:07-cv-63056-ER | JAMES WNUKOWSKI |
| 2:07-cv-63057-ER | ARLINE WIEST |
| 2:07-cv-63057-ER | THOMAS WIEST |
| 2:07-cv-63058-ER | CASIMIR KLEMEN |
| 2:07-cv-63058-ER | MARY KLEMEN |
| 2:07-cv-63059-ER | WALTER CAGARA |
| 2:07-cv-63059-ER | ANTOINETTE CAGARA |
| 2:07-cv-63060-ER | TULLIO BORGIA |
| 2:07-cv-63060-ER | KATHLEEN BORGIA |
| 2:07-cv-63061-ER | FRANCES ZDUNCZYK |
| 2:07-cv-63061-ER | WALTER ZDUNCZYK |
| 2:07-cv-63062-ER | JANAS BURTON |
| 2:07-cv-63062-ER | OSCAR BURTON |
| 2:07-cv-63063-ER | CARMELINE COVERDALE |
| 2:07-cv-63063-ER | GEORGE COVERDALE |
| 2:07-cv-63064-ER | THOMAS WARDANSKI |
| 2:07-cv-63064-ER | MARY LOU WARDANSKI |
| 2:07-cv-63065-ER | HAROLD LEWIS |
| 2:07-cv-63068-ER | THEODORE STEINER |
| 2:07-cv-63068-ER | ANNE STEINER |
| 2:07-cv-63068-ER | PAUL STUCK |
| 2:07-cv-63068-ER | SOPHIE STUCK |
| 2:07-cv-63068-ER | WILLIAM WILSON |
| 2:07-cv-63068-ER | CELINE WILSON |
| 2:07-cv-63068-ER | JAMES WINTERS |
| 2:07-cv-63068-ER | L. LOTT |
| 2:07-cv-63068-ER | CAROL LOTT |
| 2:07-cv-63068-ER | EDWARD MARLIN |
| 2:07-cv-63068-ER | ANNA MARLIN |
| 2:07-cv-63068-ER | TERRENCE MCANDREW |
| 2:07-cv-63068-ER | PETER KURTZ |
| 2:07-cv-63068-ER | JOSEPH SAND |
| 2:07-cv-63068-ER | NANCY KURTZ |
| 2:07-cv-63068-ER | BERNICE SAND |
| 2:07-cv-63070-ER | ROY WOODARD |
| 2:07-cv-63070-ER | BONNIE WOODARD |
| 2:07-cv-63076-ER | ROBERT KINNEN |
| 2:07-cv-63083-ER | FRANK SULOFF |
| 2:07-cv-63084-ER | ROBERT BENNETT |
| 2:07-cv-63751-ER | DORSEY WEIKERT, JR. |
| 2:09-cv-72911-ER | L. LOTT |
| 2:09-cv-72911-ER | CAROL LOTT |
| 2:09-cv-72912-ER | EDWARD MARLIN |
| 2:09-cv-72912-ER | ANNA MARLIN |
| 2:09-cv-72913-ER | TERRENCE MCANDREW |
| 2:09-cv-72914-ER | JOSEPH SAND |
| 2:09-cv-72914-ER | BERNICE SAND |
| 2:09-cv-72915-ER | THEODORE STEINER |
| 2:09-cv-72915-ER | ANNE STEINER |
| 2:09-cv-72916-ER | PAUL STUCK |

| | |
|---|---|
| 2:09-cv-72916-ER | SOPHIE STUCK |
| 2:09-cv-72917-ER | WILLIAM WILSON |
| 2:09-cv-72917-ER | CELINE WILSON |
| 2:09-cv-72918-ER | JAMES WINTERS |